U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

2025 JUN 12 PM 4: 01

CLERK

BY ___A__

DEPUTY CLERK

UNITED STATES OF AMERICA )
)
v. )
)
JOHN CALEB WRIGHT, )
Defendant. )

No. 2:25-Cr-56-1

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

In or about February and May 2021, in the District of Vermont and elsewhere, the defendant, JOHN CALEB WRIGHT, willfully attempted to evade and defeat the payment of over $1 million of income tax, penalties, and interest due and owing by him to the United States of America for the calendar years 2017 and 2018 by committing the following affirmative acts, among others:  Following notification from the IRS, dated February 1, 2021, that enforced collection of WRIGHT's income and assets, including cryptocurrency assets, would begin on February 26, 2021:

(a) On or about February 25, 2021, withdrawing cryptocurrency assets from his account on the Kraken cryptocurrency exchange, where the assets were accessible to third parties such as the IRS, and placing them in an unhosted (*i.e.*, non-custodial) wallet beyond the reach of the IRS; and

(b) After re-depositing cryptocurrency assets into his Kraken account on or about May 14, 2021, again withdrawing those assets and transferring them to unhosted wallets beyond the reach of the IRS, on or about May 22, 2021, May 23, 2021, and May 30, 2021.

(26 U.S.C. § 7201)

A TRUE BILL

FOREPERSON

MICHAEL P. DRESCHER (CMS)
Acting United States Attorney
Burlington, Vermont
June 12, 2025